United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ORLANDO SANCHEZ DE TAGLE,

        Plaintiff,

    v.

SANTA CLARA COUNTY
DEPARTMENT OF CHILD SUPPORT
SERVICES,

        Defendant.

Case No.  5:26-cv-03048 NC

**SUA SPONTE JUDICIAL
REFERRAL FOR PURPOSE OF
DETERMINING RELATIONSHIP**

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to the Honorable Noel Wise for consideration of whether the case is related to 5:26-cv-00193 NW, *Orlando Sanchez de Tagle v. Santa Clara County Department of Child Support Services.*

Dated: April 13, 2026

_____

NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 26-cv-03048 NC
SUA SPONTE JUDICIAL REFERRAL