**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**RELATED CASE ORDER**

  A Motion for Administrative Relief to Consider Whether Cases Should be Related or a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed.  The time for filing an opposition or statement of support has passed.

  As the judge assigned to case **5:26-cv-00193-NW**, I find that the case listed below is not related to the case assigned to me.

| Case | Title | Related | Not Related |
|------|-------|---------|-------------|
| **5:26-cv-03048-NC** | *Sanchez de Tagle v. Santa Clara County Department of Child Support Services* | | NW |

Dated: June 4, 2026

              Noël Wise
              United States District Judge

1