Your Name:  Orlando Sanchez de Tagle

Address:  101 E. San Fernando Apt. 211

Phone Number:  (699) 499-2525

Email Address:  O.sanchezd@yahoo.com

Pro Se

**FILED**

JUN 25 2026 ⋎

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

Division [check one]:  ☐ San Francisco  ☐ Oakland  ☐ San Jose  ☐ Eureka-McKinleyville

| | |
|---|---|
| Orlando Sanchez de Tagle | Case Number:  26-cv-03048-NC |
| Plaintiff, | **ADMINISTRATIVE MOTION AND [PROPOSED] ORDER TO CHANGE DEADLINE FOR FILING** |
| v. | WRITE TITLE HERE  MOTION AND |
| Santa Clara County Department of Child | EXTENSTION TO CHANGE FILING DAT |
| Defendant. | Judge: Hon.  NATHANEAL M. COUSINS |

1.  The [title of document] Santa Clara County Department of Child Support Services _____

2.  Is currently due to be filed on [date] June 29, 2026 _____

3.  I respectfully request that the Court change this deadline to [new date] July 10, 2026 _____

4.  I have [check one]:

☑ not already asked the Court to change this deadline.

☐ already asked the Court to change this deadline.

CASE NO.:  26-cv-03049-NC _____       PAGE ___ OF ___          JDC TEMPLATE, UPDATED 11/2024

5. This change is necessary because [explain]: I need to work on the amended complaint with Haohao. I would like more time to correct all defects.

6. I believe changing this deadline [check one]:

☑ will not affect any other deadlines.

☐ may affect these other deadlines and dates [list anything else that may need to be rescheduled, such as a hearing related to the papers you need to file]:

7. The opposing side [check one and explain]:

☐ has agreed to this change.

☐ has not agreed. I tried to obtain the opposing party's agreement to this change but was unsuccessful. [State who you tried to reach, when, and the person's response]:

I declare under penalty of perjury under the laws of the United States that the above statements are true and correct.

Respectfully submitted,

Date: 6/25/2026     Sign Name: _____

Print Name: Orlando Sanchez de Tagle

CASE NO.: 26-cv-03048-NC     PAGE ___ OF ___     JDC TEMPLATE, UPDATED 11/2024

[Do not write below this line]

Good cause appearing, the motion is GRANTED. The deadline for filing the

_____Amended Complaint_____ is [date] _____July 10, 2026_____.

IT IS SO ORDERED.

Date: _____June 26, 2026_____    [Signature] _____

[Judge's name] _____

APPROVED

Judge Nathanael M. Cousins

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Magistrate Judge

CASE NO.: _____    PAGE ___ OF ___    JDC TEMPLATE, UPDATED 11/2024